**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

STACY ARTHUR ALBRIGHT
REG #30933-044                                                                                              PLAINTIFF

V.                              NO: 2:07CV00159 SWW

USA                                                                                                              DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.     IT IS THEREFORE ORDERED THAT:

1.  Defendant's motion for summary judgment (docket entry #7) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE